AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Juan Tejon

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06M88A

I, Juan Tejon, charged in a ☒ complaint ☐ petition
pending in this District with Illegal Reentry
in violation of Title 8, U.S.C., 1326,
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

x Juan Tejon
*Defendant*

9-6-6
*Date*

[signature]
*Counsel for Defendant*